```
     JB File Number      -   1829887 NAE
Creditor Account Number  -   *****5405
       Creditor Name:    -   Velocity Investments, LLC
       Obligor(s) Name:  -   Asia Robinson
```

| | | |
|---|---|---|
| State of New Jersey | ) | |
| | ) ss. | **AFFIDAVIT** |
| County of Monmouth | ) | |

I, <u>Alia Shaalan</u>, after being first duly sworn according to law deposes and states as follows:

1. I am an/a <u>Compliance Associate</u> of Velocity Investments, LLC, (herein referred to as "Assignee"), authorized agent and custodian of records, and I am authorized to make this affidavit on its behalf, and the information below is true and correct to the best of my knowledge, information and belief. The scope of my job responsibilities includes processing and collection of Contracts maintained by Assignee including the Contract referenced below. In the performance of my duties for Assignee, I am familiar with the manner and method by which Assignee creates and maintains its normal business books and records, including computer records and/or data of its Contract. As such, I am one of Assignee's custodians of business records.

2. I have personal knowledge under which Assignee's records were created and I am familiar with Assignee's record keeping systems. Assignee maintains business records concerning all its consumer accounts in the ordinary course of its business affairs, which business records are kept in the course of Assignee's regularly conducted business activities, and as part of the regular business practice of Assignee to make such records. All such business records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

3. In the ordinary course of business, Assignee regularly purchases installment contracts from the original creditor or their assignees.

4. Assignee's business records indicate that Assignee purchased the Contract of Asia Robinson (herein "Obligor"), account Number *****5405 (herein "the Contract") from the original creditor or its assignee. The original creditor is identified in Assignee's business records as WebBank.

5. According to the information provided to Assignee by WebBank or its assignee at the time the Contract was purchased by Assignee, consisting of balance information authorized or required by law and or contract to be issued by WebBank, which information Assignee has maintained since that time as its own business record, Obligor's Contract shows a balance of $15,908.55.

6. Said Contract was in default on the date the debt was acquired.



EXHIBIT A

1829887 NAE

7. Assignee's business records further indicate that at least 30 days prior to the date of this affidavit, Assignee and/or its agent provided written notice of its acquisition of the Contract, demanded that Obligor(s) pay the balance due, but no part of the foregoing balance has been paid. Assignee's business records further indicate that said amount is presently due and remains unpaid..

FURTHER AFFIANT SAYETH NAUGHT.

_____
Alia Shaalan
Compliance Associate

Sworn to and subscribed before me in my presence this ___7___ day of ___Dec___,
20_20_, at _4:07_, am/pm.

_____
Notary Public

LINDSEY N. SVENSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 1/26/2022

1829887 NAL